IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-HC-2246-FL

| | | |
|---|---|---|
| ROBERT LEVELLE WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LEWIS O. SMITH, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On May 1, 2013, the court ordered petitioner to show cause as to why the action should not be dismissed for failure to prosecute. Plaintiff was given fourteen (14) days to respond and warned that in the event he failed to timely respond, an order of dismissal would be issued. The fourteen (14) days has lapsed without response and the matter is properly DISMISSED without prejudice. The Clerk of Court is DIRECTED to close this case.

SO ORDERED, this the 31st day of May, 2013.

LOUISE W. FLANAGAN
United States District Judge